AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

### Southern District of Florida

| | | |
|---|---|---|
| GRANT HEILMAN PHOTOGRAPHY, INC. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  0:23-cv-61978 |
| JAY SCOTTS COMPANY dba PLANTERS ETC. | ) ) ) | |
| *Defendant(s)* | ) ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JAY SCOTTS COMPANY dba PLANTERS ETC
Please serve Registered Agent:
Dominique Urbine
410 SW 4th Terrace
Dania Beach, FL 33004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MARIAN V. QUINTERO
SRIPLAW
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
marian.quintero@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date: ___Oct 17, 2023___

s/ N. Cubic
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court